**Ralph Albert MARCUS, Petitioner–Appellant,**

v.

**Darrell G. ADAMS; Attorney General of the State of California, Respondents–Appellees.**

No. 09–15410.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2011.*

Filed Feb. 23, 2011.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Marylou Elin Hillberg, Marylou Hillberg, Attorney at Law, Sebastopol, CA, for Petitioner–Appellant.

Ralph Albert Marcus, pro se.

Justain Riley, Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: TALLMAN and BEA, Circuit Judges, and CONLON, District Judge.**

MEMORANDUM ***

Petitioner-appellant Ralph Albert Marcus appeals the district court's denial of his petition for writ of habeas corpus. We affirm.

The district court granted a Certificate of Appealability on two issues: (1) whether Marcus's due process rights under *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963), were violated by the prosecution's alleged withholding of excul-

patory cassette tapes; and (2) whether Marcus's Sixth Amendment right to effective assistance of counsel was violated by his trial counsel's performance, under the standard set forth in *Strickland v. Washington*, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). Marcus and his counsel do not brief either certified issue in this appeal. Instead, Marcus's briefing focuses exclusively on a third, uncertified issue concerning the pretrial removal of his public defender for a conflict of interest. That claim is unmeritorious and we decline to address it. *See* 9th Cir. R. 22–1(e).

Having waived the two certified issues by failing to brief them, Marcus does not present any colorable claim on appeal.

**AFFIRMED.**

---

** The Honorable Suzanne B. Conlon, United States District Judge for the Northern District of Illinois, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.